# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORIZON HEALTH, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KAREN GERACE, | : | No. 17-1808 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **26th** day of **October, 2017**, upon consideration Plaintiff's Cross-Motion to Remand, Defendant's response thereto, Plaintiff's reply thereon, and for the reasons provided in this Court's Memorandum dated October 26, 2017, it is **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED**.

2. This matter is **REMANDED** to the Philadelphia Court of Common Pleas.

3. Defendant's Motion to Dismiss for Failure to State a Claim (Document No. 2) is **DENIED as moot**.

4. The Clerk of Court is directed to close this case.

                                    BY THE COURT:

                                    **Berle M. Schiller, J.**